# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                                              CRIMINAL CASE NO.:  4:16cr116-2-NBB-JMV

DANNY TURNER                                                                                DEFENDANT

## ORDER

This matter is before the court upon the unopposed motion of defendant to continue [34] Detention Hearing and Preliminary Revocation Hearing. The motion is well taken and is hereby GRANTED. The hearing has been reset by notice of the court.

Ordered this, the 7th day of February, 2020.

　　　　　　　　　　　　　　　　　　　　　/s/ Jane M. Virden
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**